AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

VZZR INC., a Delaware corporation, dba in Utah as PUBLISHER ARTS; VIBEONIX, LLC a Utah limited liability company; ZERO LIMITS VENTURES, LLC a Virginia limited liability company; WINGS MEDIA LLC, a Delaware limited liability company, d/b/a PODOPOLO; SELU TECHNOLOGIES, INC., a Utah corporation; ELITE BUSINESS SOLUTIONS, LLC a Utah LLC; KEREON INTELLIGENCE, L.L.C., a Utah limited liability company; TRACTUSMED, LLC, a Utah limited liability company; PROGENITOR MDX Inc. a Utah corporation; and PERFECT ORDER EXPERIENCE, LLC a Utah limited liability Company,

Plaintiffs,

v.

TALLCASTLE, LLC, a Utah limited liability company; TALLCASTLE VENTURE DEBT, a dba of TALLCASTLE LLC; TALLCASTLE INTERNATIONAL SIF, a dba of ALLCASTLE LLC; CLARITY PARTNERS LLC, a Utah limited liability company; CARSON PAYNE, an individual; MARK SHURTLEFF, an individual; ED EKSTROM, an individual; DORADO MATTA and CAMBEST, P.C., a Pennsylvania professional company; GARY MATTA, an individual; D2D FINANCIAL, an Arizona limited liability company; ALLIANCE FINANCIAL NETWORK, INC., a Colorado corporation; THE ESTATE OF LARRY LIPMAN; JOHN DOES 1 through 10, individuals; and ROE ENTITIES I through X, business entities,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:22-cv-00154-TC-DBP

IT IS ORDERED AND ADJUDGED

2

That this action is dismissed without prejudice.

November 18, 2024

*Date*

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Court Judge

2